CT Corporation

**Service of Process Transmittal**
02/25/2021
CT Log Number 539106315

**TO:**  Jennifer Lauro
The Hanover Insurance Group
440 LINCOLN STREET
WORCESTER, MA 01653-0002

**RE:**  **Process Served in Louisiana**

**FOR:**  Allmerica Financial Alliance Insurance Company  (Domestic State: NH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lillett Watson, Pltf. vs. Allmerica Financial Alliance Ins Company and Janna Rouse, Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202007567 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/25/2021 postmarked on 02/24/2021 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/25/2021, Expected Purge Date: 03/02/2021<br><br>Image SOP<br><br>Email Notification,  Service of Process  ogclitmail@hanover.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**




FIRST CLASS

U.S. POSTAGE PITNEY BOWES

ZIP 70802  $ 005.00⁰
02  4M
0000366443 FEB 24 2021



ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No : 202007567

7020 1290 0002 1765 1296

SS151

# State of Louisiana
## Secretary of State

02/24/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 202007567
CIVIL DISTRICT COURT
ORLEANS PARISH

LILLETT WATSON
vs
ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN                    Date: 02/23/2021
Served by:  L. KLING                          Title:  DEPUTY SHERIFF

**No: 1190613**



JG

ATTORNEY'S NAME:   Motta, Vanessa 36915
AND ADDRESS:          3632 Canal Street , New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2020-07567               DIVISION: N               SECTION: 08

**WATSON, LILLETT**

**Versus**

**ALLMERICA FINANCIAL ALLIANCE INS COMPANY ET AL**

### CITATION

TO:           Allmerica Financial Alliance Ins Company

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA January 7, 2021**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                                     **The Civil District Court**
**New Orleans, LA**                                         **for the Parish of Orleans**
                                                                     **State of LA**
                                                                     **by**
                                                                     **Barbara Gaude, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON  Allmerica Financial Alliance Ins Company | ON  Allmerica Financial Alliance Ins Company |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| Returned the same day | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| _____ No. _____ | HIM/HER the said **Allmerica Financial Alliance Ins Company** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ |  |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER                    RETURN | Deputy Sheriff of _____ |
| _____ / _____ / |  |
| SERIAL NO.       DEPUTY       PARISH |  |

SERVED ON
R. KYLE ARDOIN

FEB 2 3 2021

SECRETARY OF STATE
COMMERCIAL DIVISION

ID: 10608804                              Page 1 of 1

N

**Section 8**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO._____                                           DIV._____

### LILLETT WATSON

### VERSUS

### ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY AND JENNA ROUSE

FILED:_____       _____
                                                              **DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of Plaintiff, LILLETT WATSON, a person of the full age of majority, resident and domiciliary of the Parish of Orleans, State of Louisiana, respectfully represents that:

I.

JENNA ROUSE, named as a defendant herein, is upon information and belief a resident and domiciliary of the County of Oak Park, State of Illinois, but within the jurisdiction of this Honorable Court;

II.

ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY, named as a defendant herein, is upon information and belief, is a foreign insurer organized under the laws of a State other than the State of Louisiana, but authorized and licensed to do and/or actually doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court;

III.

At all times material hereto, and more particularly on about September 11, 2019, defendant, Allmerica Financial Alliance Insurance Company, had in full force and effect policies, contracts and/or agreements of insurance which afforded Coverage to Jenna Rouse for claims of the nature herein asserted, your petitioner is entitled and does hereby assert said claims directly against Allmerica Financial Alliance Insurance Company, pursuant to the provisions of L.S.A.-R.S. 22:655 (Louisiana Direct Action Statute).

**VERIFIED**

Tracy Lafonta
2020 SEP 09  P 12:

N
Section 8

IV.

The above named defendants, Allmerica Financial Alliance Insurance Company and Jenna Rouse, are jointly, severally, and in solido liable unto petitioner, Lillett Watson, in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand and for all costs of these proceedings for the following to-wit:

V.

On or about September 11, 2019, your petitioner, Lillett Watson was operating her 2008 Jeep Grand Cherokee and stopped in the middle of South Carrollton at the intersection of Forshey Street for immediate traffic when suddenly and without warning a 2016 Subara Forster owned and operated by Jenna Rouse also traveling on South Carrollton in the middle lane, suddenly and without warning, violently and with full force of impact, slammed into the rear of the Watson vehicle, who was unprepared for the immediate and sudden impact, causing your petitioner's body to be tossed about the vehicle, all causing the injuries of which your petitioner now complains.

VI.

The sole and proximate cause of this accident was the negligence of defendants, Jenna Rouse and Allmerica Financial Alliance Insurance Company, which negligence consists of, but is not limited to, the following:

a) Following too closely;
b) Failure to maintain control of her vehicle;
c) Failure to see what should have been seen;
d) Failure to keep the vehicle under control;
e) Failure to maintain a proper lookout;
f) Failure to yield to right of way;
g) Failure to stop;
h) Operation of her vehicle in careless disregard for the lives and safety of others;
i) Violations of pertinent state traffic statutes and/or parish traffic ordinances; and
j) Any other acts of negligence which may be shown upon the trial of this matter.

VII.

As a result of this accident, Defendant Jenna Rouse was cited by the Orleans Parish Police Department for Following too closely.

E-Filed

N

Section 8

2020 SEP 09  P 12:05
CIVIL
DISTRICT COURT

VIII.

As a direct result of the above-described accident, your petitioner, Lillett Watson, suffered severe injuries to the muscles, ligaments, tendons, blood vessels, nerves and other soft tissue structures of the cervical, lumbar and thoracic regions of the spine, injuries to the nervous system and psyche.

IX.

As a further result of the above-described accident, your petitioner, Lillett Watson, suffered severe physical pain and suffering as well as keen mental and emotional anguish and distress; she has incurred expenses for medical care and treatment which she otherwise would not have incurred; and she has been handicapped in her normal activities. These conditions may continue, worsen or become permanent; and the full residuals and sequelae of her injuries are as yet not fully known, but have been and will be severe.

**WHEREFORE**, your petitioner Lillett Watson prays that the defendants, Allmerica Financial Alliance Insurance Company and Jenna Rouse, be served with the above and foregoing petition and citation, and that after all legal proceedings and due delays are had, there be a judgment rendered herein in favor of your petitioner, Lillett Watson and against the defendants, Allmerica Financial Alliance Insurance Company and Jenna Rouse, jointly, severally, and in solido, in an amount deemed, reasonable in the premises, together with legal interest therein from the date of judicial demand until paid, plus all costs and disbursements of these proceedings.

Your petitioner further prays for all general and equitable relief as the nature of the cause may require.

Respectfully submitted,

**VANESSA MOTTA (# 36915)**
**MOTTA LAW FIRM, LLC**
3632 Canal Street
New Orleans, LA 70119
Telephone: (504) 500-7246
Facsimile: (504) 513-3122
Email: Vanessa@mottalaw.com
*Attorney for Plaintiff*

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

N

Section 8

**PLEASE SERVE:**

1.   ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY
     *Through its registered agent for service of process*
     **The Louisiana Secretary of State**
     **8585 Archives Avenue**
     **Baton Rouge, LA  70809;**

2.   JENNA ROUSSE
     **Via Louisiana Long Arm Statute**
     **305 Wisconsin Avenue, Apartment 1**
     **Oak Park, Illinois 60302;**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2020-073621

N.
Section 8

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO._____                                              DIV._____

**LILLETT WATSON**

### VERSUS

**ALLMERICA FINANCIAL ALLIANCE INSURANCE COMPANY
AND JENNA ROUSE**

FILED:_____        _____

**DEPUTY CLERK**

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes your petitioner herein,

LILLETT WATSON, pursuant to LCCP Articles 1572, 1913, and 1914, who asks this Court for

written notice at least ten (10) days in advance of the date fixed for the hearing of any Exception,

Motion, Rule, or Trial on the merits, in the captioned proceeding. Furthermore, petitioner requests

immediate notice of all Orders on any Judgments, Exceptions, Motions, Rules, or of the Trial on

the merits in the captioned proceeding.

Respectfully submitted,

_____
**VANESSA MOTTA (# 36915)**
**MOTTA LAW FIRM, LLC**
3632 Canal Street
New Orleans, LA 70119
Telephone: (504) 500-7246
Facsimile: (504) 513-3122
Email: Vanessa@mottalaw.com
*Attorney for Plaintiff*